# Court of Appeals
# of the State of Georgia

ATLANTA, November 29, 2017

*The Court of Appeals hereby passes the following order*

## A18I0062. FINCHER ROAD INVESTMENTS, LLLP v. CITY OF CANTON, et al..

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

10CV2815



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, November 29, 2017.

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , *Clerk.*